IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-cr-00148-H-2

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | ORDER TO SEAL |
| v. | ) | |
| | ) | |
| IMHOTEP IYAPO, | ) | |
| | ) | |
| Defendant | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry No. 60 ~~and its accompanying order~~ be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Motion and a signed copy of the Order to the United States Attorney's Office and the defendant's attorney.

This the 27th day of February 2017.

*Kimberly A. Swank*
KIMBERLY A. SWANK
UNITED STATES MAGISTRATE JUDGE