IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-148-2H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| IMHOTEP IYAPO, | ) | |
| Defendant. | ) | |

Before the court is the government's motion to amend/correct [DE #76], in which it has been brought to the court's attention that its November 23, 2016, order extending Defendant's pretrial motions deadline and continuing Defendant's arraignment did not include language excluding the period of continuance from speedy trial computation. The court finds that the omission of such language was an oversight, the court having previously determined that the ends of justice served by the continuance outweighed the interests of the public and the defendant in a speedy trial.

Accordingly, the government's motion [DE #76] is GRANTED and it is ORDERED, pursuant to Rule 36 of the Federal Rules of Criminal Procedure, that the order entered November 23, 2016 [DE #46] is hereby amended to include the following:

> Any delay occasioned by this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance

outweigh the best interests of the public and the defendant in a speedy trial.

This 1st day of May 2017.

_____
KIMBERLY A. SWANK
United States Magistrate Judge